**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

|  |  |
|---|---|
| ) | |
| ) | |
| IN RE: DATA BREACH SECURITY ) | **Master File No. 1:121-cv-00146-TSB** |
| LITGATION AGAINST THE KROGER ) | **Judge Timothy S. Black** |
| COMPANY ) | |
| ) | |
| ) | |

**ORDER GRANTING DEFENDANT'S MOTION TO STAY PENDING
DISPOSITION OF NATIONWIDE CLASS SETTLEMENT (Doc. 21)**

This civil matter involving seven consolidated cases is before the Court on

Defendant the Kroger Co.'s motion (Doc. 21) for a stay pending disposition of a nationwide

class settlement proceeding in *Cohcran v. The Kroger Co.*, No. 5:21-cv-1887-EJD (N.D.

Cal 2021). To conserve judicial resources, and for other good cause shown, the Court

GRANTS the Motion (Doc. 21).

The Court hereby ORDERS:

(1) The case is hereby STAYED, along with discovery and briefing on all pending

   motions in all consolidated cases, including:

   > *Jones v. The Kroger Company*, No. 1:21-cv-146-TSB
   > *Govavert, et al. v. The Kroger Company*, No. 1:21-cv-174-TSB
   > *Doty, et al. v. The Kroger Company*, No. 1:21-cv-198-TSB
   > *Strohm v. The Kroger Company*, No. 1:21-cv-226-TSB
   > *Abrams, et al. v. The Kroger Company*, No. 1:21-cv-240-TSB
   > *Buck v. The Kroger Company*, No. 1:21-cv-279-TSB
   > *Baer et al. v. The Kroger Company*, No. 1:21-cv-323-TSB

(2) Defendant's deadline to answer, plead, or otherwise respond to the Consolidated

Complaint (Doc. 27) is STAYED pending the final disposition of *Cohcran v.*

*The Kroger Co.*, No. 5:21-cv-1887-EJD (N.D. Cal. 2021)

(3) Defendant's answer is due 14 days after final disposition of *Cohcran v. The*

*Kroger Co.*, No. 5:21-cv-1887-EJD (N.D. Cal. 2021) or 14 days after the Court

lifts this stay for good cause shown upon application of any party.

(4) Defendant's motion (Doc. 35) to file a supplemental brief in support of the stay

is hereby terminated as **MOOT**.

**IT IS SO ORDERED.**

Date:  _3/10/22_

Timothy S. Black
United States District Judge