1

2

3

4

5

6

7

8

9

10

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

11

| | |
|---|---|
| RICKY COCHRAN, ALAIN BERREBI, and JARAMEY STOBBE, individually and on behalf of all others similarly situated, | Case No. 5:21-cv-01887-EJD |
| | **[PROPOSED] JUDGMENT** |
| Plaintiffs, | |
| v. | JUDGE:  Hon. Edward J. Davila |
| | CTRM:     4, 5th Floor |
| THE KROGER CO. and ACCELLION, INC., | |
| Defendants. | |

18

19

20

21

22

23

24

25

26

27

28

On <u>March 24</u>, 2022, the Court [granted] Plaintiffs' motion for final approval of their Settlement with The Kroger Co., and [granted] Plaintiffs' motion for a Fee and Expense Award in the amounts of $<u>1,231,628</u>  and $<u>18,372</u>  , respectively, and Service Payments in the amount of $<u> 1,500 </u> for each Class Representative Plaintiff. ECF No. <u>115</u>. Pursuant to Fed. R. Civ. P. 54(b), judgment is hereby entered as to Defendant The Kroger Co. only.

**IT IS SO ORDERED.**

Date: _____<u>March 24</u>, 2022

_____
HON. EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

- 1 -