## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| IN RE: DATA BREACH SECURITY LITIGATION AGAINST THE KROGER COMPANY | Master File No. 1:21-cv-00146<br><br>Judge Timothy S. Black<br><br>(Consolidated for pretrial proceedings with Case Nos. 1:21-cv-174, 1:21-cv-198, 1:21-cv-226, 1:21-CV-00240, 1:21-cv-279, and 1:21-cv-323) |

### PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs James Jones, Tina Govaert, Don Moore, Lenora Doty, Elizabeth Shaw, Tracy Simpson, Ann Marie Strohm, Shelly Church, Kevin Corbett, Eula Douglas, Delilah Parker, Martin Pinales, Alexander Buck, Karen Godovchik, Michael Godovchik, Caren Butler-Alexander, Evan Baer, Terry Cavanaugh, Michelle Patraw, Chennetta Shoefield, and Tito Torres, Jr. ("Plaintiffs"), by and through their attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby give notice of the dismissal of all claims in this consolidated proceeding, and each related case consolidated therein, against Defendant The Kroger Company relating to a December 2020 cybersecurity incident, without prejudice. This notice of dismissal is being filed with the Court by Plaintiffs before service by Defendant of either an answer or a motion for summary judgment.

Each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

*/s/ Terence R. Coates*
**MARKOVITS, STOCK & DEMARCO, LLC**
Terence R. Coates, Esq. (0085579)
3825 Edwards Road, Suite 650
Cincinnati, OH 45209

Phone: (513) 651-3700
Fax: (513) 665-0219
*tcoates@msdlegal.com*

**GOLDENBERG SCHNEIDER, LPA**
Jeffrey S. Goldenberg (0063771)
Todd B. Naylor (0068388)
4445 Lake Forest Drive, Suite 490
Cincinnati, OH 45242
Phone: (513) 345-8291
Fax: (513) 345-8294
*jgoldenberg@gs-legal.com*
*tnaylor@gs-legal.com*

**CHESTNUT CAMBRONNE PA**
Bryan L. Bleichner**
100 Washington Avenue South, Suite 1700
Minneapolis, MN 55401
Phone: (612) 339-7300
Fax: (612) 336-2940
*bbleichner@chestnutcambronne.com*

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
Rachele R. Byrd**
750 B Street, Suite 1820
San Diego, CA 92101
Phone: 619/239-4599
Fax: 619/234-4599
*byrd@whafh.com*

**MASON LLP**
Gary E. Mason*
5301 Wisconsin Avenue, NW, Suite 305
Washington, DC 20016
Phone: (202) 429-2290
*gmason@masonllp.com*

**GIRARD SHARP LLP**
Adam E. Polk
Simon Grille
601 California Street, Suite 1400
San Francisco, California 94108
Telephone: (415) 981-4800

2

Facsimile: (415) 981-4846
apolk@girardsharp.com
sgrille@girardsharp.com

**KARON LLC**
Daniel R. Karon
700 West St. Clair Avenue, Suite 200
Cleveland, OH 44113
Phone: (216) 622-1851
dkaron@karonllc.com

**LEVIN, SEDRAN & BERMAN, LLP**
Charles E. Schaffer*
David C. Magagna Jr.*
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (212) 592-1500
*cschaffer@lfsblaw.com*
*dmagagna@lfsblaw.com*

**ZOLL & KRANZ, LLC**
Michelle Kranz (0062479)
6620 West Central Avenue, Suite 100
Toledo, Ohio 43617
Phone: 419-841-9623
*Michelle@toledolaw.com*

**STRAUSS TROY CO., LPA**
Robert R. Sparks (0073573)
Richard S. Wayne (0022390)
150 East Fourth Street, 4th Floor
Cincinnati, OH 45202
Phone: (513) 621-2120
Fax: (513) 241-8259
*rrsparks@strausstroy.com*
*rswayne@strausstroy.com*

**MORGAN & MORGAN COMPLEX
LITIGATION GROUP**
John A. Yanchunis**
Ryan D. Maxey**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Phone: (813) 223-5505

3

*jyanchunis@ForThePeople.com*
*rmaxey@ForThePeople.com*

**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
M. Anderson Berry**
865 Howe Avenue
Sacramento, CA 95825
Phone: (916) 777-7777
*aberry@justice4you.com*

**DANNLAW**
Brian D. Flick (0081605)
15000 Madison Avenue
Lakewood, OH 44107
Office: (216) 373-0539
Fax: (216) 373-0536
notices@dannlaw.com

**FEDERMAN & SHERWOOD**
William B. Federman**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
Phone: (405) 235-1560
Fax: (405) 239-2112
wbf@federmanlaw.com

*Plaintiffs' Counsel*

*** Admitted Pro Hac Vice*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on May 6, 2022, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Terence R. Coates*
Terence R. Coates (0085579)

4